1

2

3

4

5

6

7

8     UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA

10

11    ROXANNE NOZOLINO,                    Case No. C12-4314 EMC

12                  Plaintiff,             **[PROPOSED] ORDER RE
                                           CONTINUANCE OF CASE
13          v.                             MANAGEMENT CONFERENCE**

14    HARTFORD LIFE AND                    (as modified)
      ACCIDENT INSURANCE
15    COMPANY; IMPREMEDIA
      OPERATING, LLC LIFE AND LTD
16    PLAN; IMPREMEDIA
      OPERATING LLC, in its capacity as
17    Plan Administrator,

18                  Defendants.

19

20          PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

21          The currently scheduled Case Management Conference in this action is

22    continued to **[December ~~19,~~ 2012 at 9:00 a.m.]**.  The parties shall file their Joint
                              21

23    Case Management Conference Statement in accordance with the Court's Civil

24    Local Rules.

25

26    Dated:  November ____, 2012
                        6

27                                         _____
                                           JUDGE

28    IT IS SO ORDERED AS MODIFIED

                                           Judge Edward M. Chen

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4838-0121-7297 v1

CASE NO.  C12-4314 EMC
(PROPOSED) ORDER RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE