1  JULIAN M. BAUM (CA SB NO. 130892)
   LISA A. LAWRENCE (CA SB NO. 132310)
2  JULIAN M. BAUM & ASSOCIATES
   Nine Tenaya Lane
3  Novato, California 94947
4  Telephone: (415) 963-4424
   Facsimile: (888) 452-3849
5  Electronic mail:   JMB@JMBLawGroup.com
                      LAL@JMBLawGroup.Com
6
7  Attorneys for Plaintiff

8  Daniel W. Maguire (SBN 120002)
   E-mail: dmaguire@bwslaw.com
9  Kristin P. Kyle de Bautista (SBN 221750)
   E-mail: kkyledebautista@bwslaw.com
10 BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
11 Los Angeles, CA  90071
12 Tel: 213.236.0600    Fax: 213.236.2700

13 Attorneys for Defendant Hartford Life and Accident Insurance Company, Impremedia
   Operating, LLC Life and LTD Plan, and Impremedia Operating, LLC
14

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17

18  ROXANNE NOZOLINO,                     )
19                                        )  Case No. C12-4314 EMC
            Plaintiff,                    )
20                                        )
    v.                                    )  [proposed] ORDER REFERRING CASE TO
21                                        )  MEDIATION AND CONTINUING CASE
                                          )  MANAGEMENT CONFERENCE
22  HARTFORD LIFE AND ACCIDENT            )
23  INSURANCE COMPANY; IMPREMEDIA         )  **Case Management Conference**:
    OPERATING, LLC LIFE AND LTD PLAN;     )  Date: December 21, 2012
24  IMPREMEDIA OPERATING LLC, in its      )  Time: 9:00 a.m.
    capacity as Plan Administrator,       )  Courtroom: Hon. Edward M. Chen
25                                        )  United States District Judge
            Defendants.                   )
26                                        )
                                          )
27  _____)

28

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 4 | The action is referred for Mediation under ADR L.R. 6. The currently scheduled |
| 5 | Case Management Conference in this action is continued to [April ~~26~~ 25, 2013 at 9:00 a.m.]. If the |
| 6 | action does not settle, the parties shall file their Joint Case Management Conference Statement in |
| 7 | accordance with the Court's Civil Local Rules. |

Dated: December __18__, 2012



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

*[PROPOSED] ORDER*        *Page 2 of 2*        *Case No. C 12-4314 EMC*