UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROXANNE NOZOLINO,<br><br>     Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>     Defendants. | Case No.  12-cv-04314-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 18 |
|---|---|

A hearing on Defendants' motion to transfer venue is scheduled for a hearing on May 30, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: May 24, 2013

_____
JON S. TIGAR
United States District Judge